

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dr. George F. Moricz, Appellant

No. 06-17-00011-CV          v.

Pamela K. Long and Stacy A. Long,
Individually and as Husband and Wife,
and Nichole Hamilton, Appellees

Appeal from the 202nd District Court of
Bowie County, Texas (Tr. Ct. No. 16C1186-
202). Opinion delivered by Chief Justice
Morriss, Justice Moseley and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. In summary we (A) dismiss the appellees' cross appeal, if any, for lack of jurisdiction; (B) reverse the trial court's order and render a judgment of dismissal as to Pamela K. Long's claim for invasion of privacy; (C) reverse the trial court's order and render a judgment of dismissal as to the libel per se claims of Stacy A. Long and Nichole Hamilton; and (D) affirm the trial court's order denying appellant's motion to dismiss Pamela K. Long's libel per se claim as to the demand letters.

We further order that the appellees pay all costs of this appeal.

RENDERED JULY 20, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk